# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**GAIL WILLIAMS**                                                                       **PLAINTIFF**

**v.**                                                   **CAUSE NO. 1:13CV283 LG-JMR**

**STATE OF MISSISSIPPI, ET AL.**                                **DEFENDANTS**

### FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate Judge John M. Roper entered in this cause on June 27, 2014. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED AND ADJUDGED** this the 18th day of July, 2014.

                                                   s/ *Louis Guirola, Jr.*
                                                   LOUIS GUIROLA, JR.
                                                   CHIEF U.S. DISTRICT JUDGE